RECEIVED
MAR 2 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
APR 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **JUDITH D. EDMUNDS** | * | **CIVIL ACTION NO. 05-744** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is AFFIRMED and this matter is DISMISSED with prejudice.

Lafayette, Louisiana, this ___ day of April, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE